UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-22294-CIV-UNGARO-BENAGES

OSCAR FRIAS

    Plaintiff,
v.

ALBERTO GONZALES,
UNITED STATES ATTORNEY GENERAL,
et al.

    Defendants.
_____/

FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Plaintiff's Notice of Dismissal With Prejudice, filed October 12, 2006. (D.E. 9.)

THE COURT has reviewed the notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE each party to bear their own fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of October, 2006.

_____
The Honorable Ursula Ungaro-Benages
United States District Judge

Copies furnished to:
Counsel of record